IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: | * |
| | * |
| Devan Jackson, | *    CASE NO. 1300108 |
| | * |
| Debtor. | * |

## OBJECTION TO PROOF OF CLAIM

NOW COMES, Debtor, by and through counsel, and hereby files this Objection to Proof of Claim number fourteen (14), filed by Capital One, N.A., and in support thereof states as follows:

1. Debtor filed for bankruptcy relief on January 11, 2013.

2. On or about April 25, 2013, Capital One, N.A., filed a proof of claim in the amount of $1,648.41 as a secured claim.

3. The debt which forms the basis of this claim is not secured.

4. Therefore, Claim number fourteen (14), filed by Capital One, N.A., should be disallowed as a secured claim.

5. The debt should be allowed as an unsecured non-priority claim.

WHEREFORE, Debtor prays that this court disallow claim number fourteen (14), filed by Capital One, N.A., as a secured claim, and allow said claim as a general, unsecured, non-priority claim, and for such other relief this court deems just.

/s/Steven A. Murray
Steven A. Murray
706 Government St.
Mobile, AL 36602
(251) 405-0036

## CERTIFICATE OF SERVICE

    I do hereby certify that on this 14th day of May, 2013, a copy of the foregoing document was served on the below listed parties via electronic service or by placing a copy of same in the U.S. Mail, properly addressed and first class postage prepaid.

John McAleer, III
Chapter 13 Trustee
P .O . Box 1884
Mobile, AL 36633

CAPITAL ONE, N.A.
3936 E, FT. LOWELL ROAD, STE. #200
C/O BASS & ASSOCIATES, P.C.
TUCSON, AZ 85712

                 /s/Steven A. Murray
                 Steven A. Murray