IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

Davan Jackson,     Case No. 13-00108

Debtor.

## ORDER

This matter came on for hearing before the Court on the Debtor's objection to claim number fourteen (14), filed by Capital One, N.A., held on June 19, 2013. Notice was given in accordance with local rules and appearances were noted of record. The Court concludes that the objection to claim number fourteen (14) should be overruled.

Therefore, it is ordered that the Debtor's objection to claim number fourteen (14), filed by Capital One, N.A. is overruled and the claim is allowed as filed.

Dated: June 28, 2013

/s/ William S. Shulman
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE